| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0972/6:09M00206-01 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 1:09:PT:39 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Morgan Brittany GLEASON<br>Kentwood, Michigan | Eastern District of California | Yosemite |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Dixon | |
| | DATES OF PROBATION: | FROM 09/15/2009 | TO 09/14/2010 |

**OFFENSE** 21 USC 844(a) - Possession of a Controlled Substance without a Valid Prescription (Marijuana), Class A Misdemeanor

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Western District of Michigan - Grand Rapids upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/26/09
*Date*

*United States Magistrate Judge*
SM SNYDER

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN - GRAND RAPIDS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

November 12, 2009
*Effective Date*

/s/ Paul L. Maloney
Chief *United States District Judge*

cc: Ed Dunlavey - Legal Officer
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2008
TRANSFER OF JURIS (PROB22).MRG