Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-0206-WMW |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND [PROPOSED] ORDER |
| v. | ) | THEREON |
| | ) | |
| MORGAN GLEASON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed

hereon,  the United States hereby moves the Court for an order of dismissal pursuant to 18

United States Code §3607 of count one, charging a violation of 21 United States Code §844(a)

Possession of a Controlled Substance.


Dated: May 20, 2011                           NATIONAL PARK SERVICE


                                              /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Acting Legal Officer



**ORDER**




IT IS SO ORDERED.

Dated:    May 23, 2011                _____ /s/ _Michael J. Long_____
                                      UNITED STATES MAGISTRATE JUDGE

1